IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS OROZCO-CARRAZCO, )<br>)<br>Petitioner, )<br>v. )<br>)<br>ARCHIE B. LONGLEY, )<br>)<br>Respondent. ) | CV No. 11-41 ERIE |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on February 15, 2011, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Presently before the Court are Petitioner's Petition for Writ of Habeas Corpus and Petitioner's Motion for Writ of Mandamus. In her Report and Recommendation (ECF No. 12) dated October 12, 2011, Magistrate Judge Baxter recommended that the Writ of Habeas Corpus be dismissed and the Motion for Writ of Mandamus be denied. The parties were given until October 31, 2011 to file written objections. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the report and recommendation, we adopt Magistrate Judge Baxter's October 12, 2011 R&R as the Opinion of the Court.

AND NOW, this 12th day of January, 2012 it is HEREBY ORDERED that said report and recommendation is adopted as the Opinion of the Court. The Petition for Writ of Habeas Corpus (ECF No. 4) is DISMISSED. Petitioner's Motion for Writ of Mandamus (ECF No. 11) is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge